UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: LAUBE, DAVID M., | § | Case No. 10-20127 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on December 2, 2010 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: October 21, 2010          By: /s/ Richard M. Fogel
                                         Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: LAUBE, DAVID M | § Case No. 10-20127 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,200.10 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,200.10 |
| **Balance on hand:** | $ 5,200.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,200.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Trustee, Fees - RICHARD M. FOGEL | 1,270.01 | 0.00 | 1,270.01 |
|---|---|---|---|

Total to be paid for chapter 7 administration expenses: $ 1,270.01
Remaining balance: $ 3,930.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,930.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,610.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 1 | Northwest Health Care Assocs | 200.00 | 0.00 | 67.70 |
| 2 | Land O Lakes AmbulanceSerivce | 106.26 | 0.00 | 35.97 |
| 3 | Citibank NA as trustee for The SLC | 3,391.77 | 0.00 | 1,148.07 |
| 4 | Citibank NA as trustee for The SLC | 7,912.73 | 0.00 | 2,678.35 |

Total to be paid for timely general unsecured claims:   $   3,930.09
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 1                  Date Rcvd: Oct 22, 2010
Case: 10-20127                 Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Oct 24, 2010.
db           +David M Laube,    1125 Miller Lane,    Buffalo Grove, IL 60089-4237
aty          +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
aty          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
15520626     +AEGIS Receivables Management Inc.,    PO BOX 165809,    Irving, TX 75016-5809
15520632     +ATG Credit, LLC,    PO Box 14895,    Chicago, IL 60614-0895
15520627      Alex Bros Outpatient Group Practice,    21272 Network Place,    Chicago, IL 60673-1212
15520628     +Alexian Brothers Home Health,    1515 E. Lake St., STe. 210,    Hanover Park, IL 60133-7152
15520629      Alexian Brothers Medical Group,    PO BOX 843147,    Boston, MA 02284-3147
15520630     +Alliance Collection Ag,    3916 S Business Park Ave,    Marshfield, WI 54449-9029
15520631      Ashwin Shah MD SC,    PO BOX 95649,    Schaumburg, IL 60195-0649
15520633      Bureau of Collection Recovery LLC,    PO BOX 9001,    Minnetonka, MN 55345-9001
15520635     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15520634     +Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
15520636     +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
15864814     +Citibank NA as trustee for The SLC,    United Guaranty Comm. Ins. Co. of NC,
               230 North Elm Street,    Greensboro  NC 27401-2417
15520637     +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
15520640     +Credit Collection Services,    2 Wells Avenue,    Dept. AMFA,    Newton Center, MA 02459-3208
15520641      Digestive Disorders & Liver Center,    PO BOX 957405,    Schaumburg, IL 60195-7405
15520642     +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15520643     +Howard Yung Health Care,    PO BOX 470,    Woodruff, WI 54568-0470
15520644      Khushi Jenna Partnership LLC,    PO BOX 967,    Tinley Park, IL 60477-0967
15520645      Land O Lakes AmbulanceSerivce,    c/o LifeQuest Billing Service,    N2930 State Rd. 22,
               Wautoma, WI 54982-5267
15520646     +Law Offices of Annette M. Fernholz,,    211 W. Wacker Drive, Ste. 1100,    Chicago, IL 60606-1331
15520653    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO Financial Systems,     P.O. Box 41747,
               Philadelphia, PA 19101-1457)
15520649     +MEA-AEA LLC,    PO BOX 5990 Dept 20-6003,    Carol Stream, IL 60197-5990
15520648     +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15520650     +Medical Business Bureau,    PO Box 1219,    Park Ridge, IL 60068-7219
15520651     +Medical Center Anesthesia,    2413 W. Algonquin Rd. #608,    Algonquin, IL 60102-9402
15520652     +Medical Recovery Specialists,    2250 East Devon, Suite 352,    Des Plaines, IL 60018-4519
15520654     +Northwest Health Care Assocs,    2360 Hassell Road, Suite F,    Hoffman Estates, IL 60169-2171
15520655     +Radiological Consultants of Woodsto,    9410 Compubill Drive,    Orland Park, IL 60462-2627
15520656     +Suburban Surgical Assistants,    BOX 369,    New Lenox, IL 60451-0369
15520657     +Superior Air Ground Ambulance,    P.O. Box 1407,    Elmhurst, IL 60126-8407
The following entities were noticed by electronic transmission on Oct 22, 2010.
15520625     +E-mail/Text: KM@ARCONCEPTSINC.COM                                           A/R Concepts, Inc,
               33 W Higgins Rd Suite 715,    Barrington, IL 60010-9103
15520647     +E-mail/Text: resurgentbknotifications@resurgent.com                           Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15520638*    +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
15520639*    +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2010**                               **Signature:** _/s/ Joseph Speetjens_