**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LAUBE, DAVID M　　　　　　　　　　　§　Case No. 10-20127
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $148,700.00<br>*(without deducting any secured claims)* | Assets Exempt: $92,000.00 |
| Total Distribution to Claimants: $3,930.17 | Claims Discharged<br>Without Payment: $61,616.34 |
| Total Expenses of Administration: $1,270.01 | |

　　　3) Total gross receipts of $ 5,200.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,200.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $54,554.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,270.02 | 1,270.01 | 1,270.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,459.06 | 11,610.76 | 11,610.76 | 3,930.17 |
| **TOTAL DISBURSEMENTS** | $121,013.06 | $12,880.78 | $12,880.77 | $5,200.18 |

4) This case was originally filed under Chapter 7 on May 03, 2010. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2011     By: /s/RICHARD M. FOGEL
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 700.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 1,000.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 3,500.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$5,200.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Mtg | 4110-000 | 54,554.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$54,554.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,270.02 | 1,270.01 | 1,270.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,270.02 | 1,270.01 | 1,270.01 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northwest Health Care Assocs | 7100-000 | 200.00 | 200.00 | 200.00 | 67.70 |
| 2 | Land O Lakes AmbulanceSerivce | 7100-000 | 681.31 | 106.26 | 106.26 | 35.97 |
| 3 | Citibank NA as trustee for The SLC | 7100-000 | 3,520.00 | 3,391.77 | 3,391.77 | 1,148.09 |
| 4 | Citibank NA as trustee for The SLC | 7100-000 | 8,122.00 | 7,912.73 | 7,912.73 | 2,678.41 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 472.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Annette M. Fernholz, | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Khushi Jenna Partnership LLC | 7100-000 | 5,491.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Howard Yung Health Care | 7100-000 | 894.87 | N/A | N/A | 0.00 |
| NOTFILED | Medical Center Anesthesia | 7100-000 | 2,638.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA-AEA LLC | 7100-000 | 883.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Surgical Assistants | 7100-000 | 1,334.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Air Ground Ambulance | 7100-000 | 828.98 | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consultants of Woodsto | 7100-000 | 1,232.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 3,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 35.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Credit Collection Services | 7100-000 | 78.10 | N/A | N/A | 0.00 |
| NOTFILED | Digestive Disorders & Liver Center | 7100-000 | 630.00 | N/A | N/A | 0.00 |
| NOTFILED | Alex Bros Outpatient Group Practice | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Home Health | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Group | 7100-000 | 2,334.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliance Collection Ag | 7100-000 | 894.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,934.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Stu | 7100-000 | 8,827.00 | N/A | N/A | 0.00 |
| NOTFILED | Bureau of Collection Recovery LLC | 7100-000 | 515.80 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 11,667.00 | N/A | N/A | 0.00 |
| NOTFILED | Ashwin Shah MD SC | 7100-000 | 3,400.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 66,459.06 | 11,610.76 | 11,610.76 | 3,930.17 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-20127  
**Case Name:** LAUBE, DAVID M  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 06/29/10  

**Period Ending:** 01/03/11  

**Claims Bar Date:** 10/01/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Location: 1125 Miller Lane, Buffalo Grove IL 600   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 74,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c   Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 150.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c   Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings, including audio   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 100.00 | DA | 0.00 | FA |
| 6 | Wearing apparel.   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interests in IRA, ERISA, Keogh, or other pension   Orig. Asset Memo: Imported from original petition Doc# 1 | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Automobiles, trucks, trailers and other vehicles   Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 1,100.00 | | 700.00 | FA |
| 9 | Automobiles, trucks, trailers and other vehicles   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,800.00 | 0.00 | DA | 0.00 | FA |
| 10 | Automobiles, trucks, trailers and other vehicles   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,600.00 | 1,400.00 | | 1,000.00 | FA |
| 11 | Automobiles, trucks, trailers and other vehicles   Orig. Asset Memo: Imported from original petition Doc# 1 | 7,000.00 | 5,000.00 | | 3,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.18 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-20127
**Case Name:** LAUBE, DAVID M

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 05/03/10 (f)
**§341(a) Meeting Date:** 06/29/10

**Period Ending:** 01/03/11

**Claims Bar Date:** 10/01/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12    Assets    Totals (Excluding unknown values) | $161,300.00 | $7,900.00 | | $5,200.18 | $0.00 |

RE PROP# 1    Stay modified on 9-15-10

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011    **Current Projected Date Of Final Report (TFR):**    October 21, 2010  (Actual)

Printed: 01/03/2011 06:49 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-20127  
**Case Name:** LAUBE, DAVID M  

**Taxpayer ID #:** **-***8923  
**Period Ending:** 01/03/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/10 | | DONALD R. LAUBE | Purchase of non-exempt personal property per o/c 8-19-10 | | 5,200.00 | | 5,200.00 |
| | {11} | | 3,500.00 | 1129-000 | | | 5,200.00 |
| | {10} | | 1,000.00 | 1129-000 | | | 5,200.00 |
| | {8} | | 700.00 | 1129-000 | | | 5,200.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 5,200.06 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.10 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.14 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.18 |
| 12/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 5,200.18 |
| 12/01/10 | | To Account #9200******7266 | Close account and transfer for final distributions | 9999-000 | | 5,200.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,200.18 | 5,200.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,200.18 | |
| | | | **Subtotal** | | 5,200.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,200.18** | **$0.00** | |

{} Asset reference(s)    Printed: 01/03/2011 06:49 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-20127  
**Case Name:** LAUBE, DAVID M  

**Taxpayer ID #:** **-***8923  
**Period Ending:** 01/03/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/10 | | From Account #9200******7265 | Close account and transfer for final distributions | 9999-000 | 5,200.18 | | 5,200.18 |
| 12/02/10 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,270.01, Trustee Compensation;  Reference: | 2100-000 | | 1,270.01 | 3,930.17 |
| 12/02/10 | 102 | Northwest Health Care Assocs | 33.84% dividend on Claim # 1, Ref: 285069 | 7100-000 | | 67.70 | 3,862.47 |
| 12/02/10 | 103 | Land O Lakes AmbulanceSerivce | 33.84% dividend on Claim # 2, Ref: 77-09-00243 | 7100-000 | | 35.97 | 3,826.50 |
| 12/02/10 | 104 | Citibank NA as trustee for The SLC | 33.84% dividend on Claim # 3, Ref: 50372655025 | 7100-000 | | 1,148.09 | 2,678.41 |
| 12/02/10 | 105 | Citibank NA as trustee for The SLC | 33.84% dividend on Claim # 4, Ref: 50372655028 | 7100-000 | | 2,678.41 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,200.18 | 5,200.18 | $0.00 |
| Less: Bank Transfers | 5,200.18 | 0.00 | |
| **Subtotal** | 0.00 | 5,200.18 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $5,200.18 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******72-65** | 5,200.18 | 0.00 | 0.00 |
| **Checking # 9200-******72-66** | 0.00 | 5,200.18 | 0.00 |
| | $5,200.18 | $5,200.18 | $0.00 |

{} Asset reference(s)

Printed: 01/03/2011 06:49 AM    V.12.56